AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>Reynaldo Diaz a/k/a "Rey"<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. *3:24-mj-00767-SDV*

SEP 3 2024 AM9:40
FILED - USDC - BPT - CT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 25, 2024_____ in the county of _____Fairfield_____ in the _____ District of _____Connecticut_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 2119 | Carjacking |
| 18 U.S.C. § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:

See Attached Affidavit of Federal Bureau of Investigations Special Agent Matthew Loucks

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Loucks, FBI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____09/03/2024_____

_____
*Judge's signature*

City and state: _____Bridgeport, CT_____        Hon. S. Dave Vatti, U.S. Magistrate Judge
_____
*Printed name and title*