IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,    CRIMINAL No. 3:24-cr-186(SVN)

Plaintiff,

v.

JOSUE ROMERO,    APRIL 1, 2025

Defendant

## **PROPOSED CONDITIONS OF BOND**

1. Travel shall be restricted to the region of south Florida and to Connecticut (for court matters). A motion for any other travel with copies to the Government and to USPO must be filed and approved by the Court, in advance.

2. Defendant must reside at his parents' residence in Miami, Florida.

3. Defendant must report to USPO in Florida in person, as directed.

4. Defendant must surrender any passport and must not apply for a passport.

5. Defendant must refrain from the possession of firearms or dangerous weapons.

6. Defendant must maintain full time employment with "The A/C and Duct Master".

7. Defendant must refrain from use or unlawful possession, or distribution of a narcotic drug.

8. Defendant will provide signatures for unsecured surety bonds in the amount of $100,000 signed by a family member, namely his mother, Suyapa Anel Romero.

9. Defendant Shall Report to Pretrial Services as directed

10. Suyapa Anel Romero shall serve as a third-party custodian

11. Maintain residence as approved by Probation and Pretrial Services

12. Defendant shall not apply for a travel document

13. Defendant Shall Surrender all forms of travel documents

14. All Daily Travel Shall Be Restricted travel to Southern District of Florida, with travel to District of Connecticut for court appearances, meetings with counsel and Pretrial Services business

15. Defendant Shall Refrain from having any contact with co-defendants/potential witnesses/victims, unless in the presence of counsel

16. Defendant Shall Refrain from possessing a firearm or dangerous weapon

17. Defendant Shall Refrain Fom Excessive use of Alcohol

18. Refrain from the use or unlawful possession of amy narcotic drug or controlled substance, unless prescribed by a licensed medical practitioner

19. Defendant Shall Report all law enforcement contact to Probation and Pretrial Services as soon as possible, and no later than 72 hours after the incident

20. Defendant Shall Submit to Home Incarceration

21. Defendant Shall Submit to Location Monitoring; the location monitoring technology shall be determined by Probation and Pretrial Services

                **RESPECFULLY SUBMITTED,**
                **DEFENDANT, JOSUE ROMERO**

                Michael R. Hasse, ESQ.
                Attorney for Josue Romero

                By    /s/  Michael R. Hasse
                Michael R. Hasse
                The Hasse Law Firm
                90 Hempstead Street
                New London, CT 06320
                Phone: (860) 444-2711
                Fax: (860) 437-7726
                Email: hasselaw@yahoo.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of April, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filling to counsel of record.

_____/s/_____
Michael R. Hasse, ESQ.