# EXHIBIT TO GOVERNMENT'S SENTENCING MEMORANDUM

**Excerpts from Telegram chat between Angel Borrero and "C":**

**Borrero called Estrada on FaceTime within minutes of these messages**



From: 1424859234 Qstar Legend (owner)

Nah ik me either also I got someone who is down to come and he's been on missions with me already

Priority: Normal
Status: Read
Platform:

8/23/2024 8:56:53 PM(UTC+0)

Source Info:
00008110-0018549A2109401E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/C981D779-6867-427E-BC35-B010554D5BC9/telegram-data/account-15047438670431277871/postbox/db/db_sqlite : 0x2BF2EF1D5

From: 1424859234 Qstar Legend (owner)

Solid nigga

Priority: Normal
Status: Read
Platform:

8/23/2024 8:56:57 PM(UTC+0)

Source Info:
00008110-0018549A2109401E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/C981D779-6867-427E-BC35-B010554D5BC9/telegram-data/account-15047438670431277871/postbox/db/db_sqlite : 0x2BF249815

From: 6561470120 C

Alright we'll get him too

Priority: Normal
Status: Read
Platform:

8/23/2024 8:57:03 PM(UTC+0)

Source Info:
00008110-0018549A2109401E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/C981D779-6867-427E-BC35-B010554D5BC9/telegram-data/account-

From: 6561470120 C

and anyone else you think is good for it

Priority: Normal
Status: Read
Platform:

8/23/2024 8:57:09 PM(UTC+0)

Source Info:
00008110-0018549A2109401E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/C981D779-6867-427E-BC35-B010554D5BC9/telegram-data/account-15047438670431277871/postbox/db/db_sqlite : 0x2BF2F2522

**From:** 1424859234 Qstar Legend  (owner)

I'm calling my boys rn

**Priority:** Normal
**Status:** Read
**Platform:**

8/23/2024 9:00:53 PM(UTC+0)

Source Info:
00008110-
0018549A2109401E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/C981D779
-6867-427E-BC35-B010554D5BC9/telegram-data/account-
15047438670431277871/postbox/db/db_sqlite : 0x2BF360247

**From:** 6561470120 C

sound good

**Priority:** Normal
**Status:** Read
**Platform:**

8/23/2024 9:01:01 PM(UTC+0)

Source Info:
00008110-
0018549A2109401E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/C981D779
-6867-427E-BC35-B010554D5BC9/telegram-data/account-
15047438670431277871/postbox/db/db_sqlite : 0x2BF3614B0

**From:** 1424859234 Qstar Legend  (owner)

Yeah everything sound straight

**Priority:** Normal
**Status:** Read
**Platform:**

8/23/2024 9:01:51 PM(UTC+0)

Source Info:
00008110-
0018549A2109401E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/C981D779
-6867-427E-BC35-B010554D5BC9/telegram-data/account-
15047438670431277871/postbox/db/db_sqlite : 0x2BF37354F



**Excerpt from group chat between Borrero and other defendants:**

**"Chichi" is Angel Borrero; "Rey" is Reynaldo Diaz**



**Excerpts of Telegram chat between "C" and Borrero re: preparations for kidnapping**

From: 6561470120 C

We need supplies

**Priority:** Normal

**Status:** Read

**Platform:**

8/23/2024 10:23:00 PM(UTC+0)

Source Info:
00008110-
0018549A2109401E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/C981D779
-6867-427E-BC35-B010554D5BC9/telegram-data/account-
15047438670431277871/postbox/db/db_sqlite : 0x2BF96162A

From: 6561470120 C

Zip ties

**Priority:** Normal

**Status:** Read

**Platform:**

8/23/2024 10:23:04 PM(UTC+0)

Source Info:
00008110-
0018549A2109401E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/C981D779
-6867-427E-BC35-B010554D5BC9/telegram-data/account-
15047438670431277871/postbox/db/db_sqlite : 0x2BF9663A5

From: 6561470120 C

And some hammers

**Priority:** Normal

**Status:** Read

**Platform:**

8/23/2024 10:23:06 PM(UTC+0)

Source Info:
00008110-
0018549A2109401E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/C981D779
-6867-427E-BC35-B010554D5BC9/telegram-data/account-
15047438670431277871/postbox/db/db_sqlite : 0x2BF96673E

From: 1424859234 Qstar Legend (owner)

I need some guns if I'm with my dawgs and we see his ppl we getting them

**Priority:** Normal

**Status:** Read

**Platform:**

8/23/2024 11:34:43 PM(UTC+0)

Source Info:
00008110-0018549A2109401E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/C981D779-6867-427E-BC35-B010554D5BC9/telegram-data/account-15047438670431277871/postbox/db/db_sqlite : 0x2BFEC96DC

From: 1424859234 Qstar Legend (owner)

I got gloves, mask , baseball bats , scissors

**Priority:** Normal

**Status:** Read

**Platform:**

8/24/2024 1:08:17 AM(UTC+0)

Source Info:
00008110-0018549A2109401E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/C981D779-6867-427E-BC35-B010554D5BC9/telegram-data/account-15047438670431277871/postbox/db/db_sqlite : 0x2C0393B27

**Excerpts of Telegram chat between Reynaldo Diaz and "C":**





**Excerpts from group chat of defendants:**



**Excerpts from Josue Romero's texts with girlfriend:**





## Excerpts from Telegram chat between Diaz and "C"

3409305060230659548/postbox/db/db_sqlite : 0xD1A977 (Size: 14262272 bytes)

From: 6513954333 Strikerworld (owner)

everyone in place

8/24/2024 5:54:41 PM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-3409305060230659548/postbox/db/db_sqlite : 0xD1A8B7 (Size: 14262272 bytes)

48

From: 6561470120 C

Alright grab this Indian pan of a bitch

8/24/2024 5:54:54 PM(UTC-4)

From: 6561470120 C

Dad or mom
Or both

8/24/2024 5:55:02 PM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-3409305060230659548/postbox/db/db_sqlite : 0xD1A7AC (Size: 14262272 bytes)

From: 6513954333 Strikerworld (owner)

yes sir

8/24/2024 5:55:06 PM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-3409305060230659548/postbox/db/db_sqlite : 0xD1A6F7 (Size: 14262272 bytes)

From: 6561470120 C

When you guys go to get them
Just say police or something

8/24/2024 5:55:10 PM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-3409305060230659548/postbox/db/db_sqlite : 0xD1A655 (Size: 14262272 bytes)

From: 6561470120 C

Or knock them out right away

8/24/2024 5:55:16 PM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-3409305060230659548/postbox/db/db_sqlite : 0xD1A5D0 (Size: 14262272 bytes)

From: 6561470120 C

Do what you gotta do

8/24/2024 5:55:18 PM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-3409305060230659548/postbox/db/db_sqlite : 0xD1A553 (Size: 14262272 bytes)

From: 6513954333 Strikerworld (owner)

after how are we gonna call him to extort him

8/24/2024 5:55:33 PM(UTC-4)



**Honda Civic used to backend victims' SUV.**





**Baseball bat found in the backseat of the Honda after the victims' abduction. Honda was parked at the Airbnb in Roxbury where Estrada and Rivas were arrested. The others taken into custody near the scene of the kidnapping.**



**Lamborghini driven by victims at time of carjacking and kidnapping. Driven by Estada after the victims were abducted and thrown into the van.**



**Front seat of Lamborghini as found by police after carjacking; baseball bat found inside.**



**Close up of baseball bat.  Traces of blood found on the bat in the Lamborghini.**