# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>RICARDO ESTRADA,<br><br>Defendant | ) Case No.: 3:24-CR-00186 (SVN)<br>)<br>) SUPPLEMENTAL SENTENCING<br>) MEMORANDUM ON BEHALF OF RICARDO<br>) ESTRADA<br>)<br>)<br>)<br>)<br>)<br>) |

The Defendant, RICARDO ESTRADA, respectfully files this supplemental sentencing memorandum as an aid to the Court regarding his sentencing scheduled for November 3, 2025.

The defense counsel received the attached letters of support from Lester Cordoba, Anthony Nieves, Nicolas Caprile, Daniel Veliz, Brian Lores, and Antonese Ferguson.

Respectfully Submitted,

DEFENDANT, RICARDO ESTRADA,

By: /s/ David J. Wenc

David J. Wenc
Wenc Law Firm, LLC
184 Dusky Lane
Suffield, CT 06078
Tel. (860) 371-663
Federal Bar: CT 00089
DWenc@wenclawfirmllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, a copy of the foregoing Supplemental Sentencing Memorandum was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing including the individuals listed below. Parties may access this filing through the Court's CM/ECF System.

By: */s/ David J. Wenc*

David J. Wenc
Wenc Law Firm, LLC
184 Dusky Lane
Suffield, CT 06078
Tel. (860) 371-663
Federal Bar: CT 00089
DWenc@wenclawfirmllc.com