**David Wenc**

| | |
|---|---|
| **From:** | Lester Cordoba <lester.cordoba12@gmail.com> |
| **Sent:** | Tuesday, October 28, 2025 11:01 PM |
| **To:** | David Wenc |
| **Subject:** | Letter of support - Ricardo Estrada |
| **Categories:** | Criminal Defense |

Lester Cordoba
Miami, Fl
lestercordoba12@gmail.com
10/28/25

Dear
Sarala V. Nagala,

I am Lester Cordoba and am writing this in support of Ricardo Estrada. I am Ricardo Estrada's best friend. I have known him for I believe 8 or 9 years. Ricardo is not the bad person he is portrayed to be nor does his actions on 8/25/24 define who he is. It is certainly not the Ricardo I know. The Ricardo I know is kind, smart, respectful, hardworking, and would do anything for the people he loves. I can continue to mention his positive traits, but I think a anecdote from our personal lives can portray better who Ricardo is, for example a time Ricardo and I were celebrating my birthday and I had too much to drink and begun to throw up on myself, instead of allowing me to throw up on myself or run away like everyone else did, Ricardo put out his hands catching the throwup that continued on and then proceeded to help me get better as a friend real friend does, for the rest of the night he made sure i was good and made it home safe and most importantly to Ricardo is that I had a good time. When you're around Ricardo you cannot help but have a good time, not only is he one of the funniest people you would ever meet but he's also very different from everyone else in how genuine he is and true to himself that he can't help but shine bright. I know Ricardo is more than this situation. I talk to Ricardo almost everyday. I can see the remorse he feels for what he did. I truly believe if he was released today he would be completely reformed, never do anything like this ever again, and would be a completely different Ricardo than the one that went in on 8/24/25. It is my personal belief that if Ricardo wasn't incarcerated, he would have a positive contribution to his friends, families, and the community. I can personally say that I am affected by Ricardo's absence deeply, not a single day has gone by where I don't think about Ricardo and miss the simple things like being able to call him whenever I want, having him not even a 5 minute drive away, and the all the times we hung out and just had a good time. It is also my belief that the sentence of 11-14 years is too harsh, Ricardo really is a good person and he really has reformed. And I know in his heart Ricardo was never going to hurt anybody, so I believe 11-14 is extremely unfair punishment. There's a lot of people whose worlds don't shine as bright withouT Ricardo around, people who know Ricardo's true genuine, loving, and caring character. Thank you for taking the time to read my letter of support for Ricardo. No matter what, I will be continuing to support Ricardo Estrada.

Sincerely,
Lester Cordoba

1

# Character Letter for a Judge

Dear **Honorable Judge, Sarala V. Nagala**

I hope this letter finds you well. My name is **Anthony Nieves**, and I am writing to you today on behalf of Ricardo Estrada, whom I have had the privilege of knowing for over ten years. In that time, Ricardo has always been a beacon of kindness and integrity. He has consistently gone out of his way to support others, offering a helping hand and a compassionate heart. His dedication to his family, friends, and community is truly inspiring.

I've seen Ricardo grow tremendously and show resilience, facing life's challenges with determination and with genuine commitment to bettering himself for both his own sake and those around him.

Your Honor, I recognize the gravity of the situation before you and fully respect the seriousness of the legal process. However, I humbly ask that you take into consideration the positive qualities that define Ricardo. He is not only remorseful for his actions but is also committed to making amends and contributing positively to society moving forward. I believe in his ability to learn from this experience and continue making meaningful contributions to our community, as he has done in the past.

I appreciate your time and thoughtful consideration in this matter. Please feel free to contact me if you require any additional information.

Sincerely,

Anthony Nieves

**Anthonyyy1202@gmail.com**

## David Wenc

| | |
|---|---|
| **From:** | brian444l@icloud.com |
| **Sent:** | Wednesday, October 29, 2025 12:22 AM |
| **To:** | David Wenc |
| **Subject:** | Ricardo Estrada |
| | |
| **Categories:** | Criminal Defense |

To: Sarala V. Nagala
From : Daniel Veliz on behalf of my good Friend Ricardo Estrada

I am writing this letter on behalf of my close friend, Ricardo Estrada, to share my sincere thoughts about the kind of person he is and the positive impact he has had on my life and the lives of many others.

I have known Rick for 6 years, and during that time, I have come to know him as one of the most genuine, caring, and trustworthy people I have ever met. He has always carried himself with a deep sense of responsibility toward others.

What stands out most about Rick is his ability to listen without judgment and offer heartfelt guidance. Personally, I've always valued the times I could talk to him about family matters or personal struggles. He never dismissed my concerns or tried to tell me what to do—he simply cared, understood, and reminded me that I wasn't alone. That kind of empathy is rare, and it's something I deeply miss in his absence.

Rick is missed by many. His presence has a way of bringing people together, and those who know him will tell you that he is the type of person who genuinely wants to see others do well. I have no doubt that his intentions and his heart have always been in the right place, even if he may have made mistakes along the way.

Your Honor, I respectfully ask that you take into account the person Rick truly is—the caring friend, the supportive brother figure, and the positive influence in the lives of those who know him. I believe he has so much more good to give to this world, and I hope that is reflected in your consideration.

Thank you for your time and understanding.
With respect and sincerity, Daniel Veliz

1

## David Wenc

**From:** brian444l@icloud.com
**Sent:** Wednesday, October 29, 2025 12:47 AM
**To:** David Wenc
**Subject:** Ricardo Estrada

**Categories:** Criminal Defense

# To: Sarala V. Nagala

From: Brian lores on behalf of my brother Ricardo Estrada

I am writing this letter to you on behalf of my best friend Ricardo I've known Ricardo for 8 years now and he's always been someone you can depend on when anything goes wrong he's an honest and real down to earth person, even writing this letter crushes my heart and almost feels surreal I know you might see him as an evil person but I promise you hes far from it he just made a horrible mistake and I'm not justifying his actions but he definitely deserves a second chance he's a good kid he's very smart and has so much potential there's not enough words to describe how much of an amazing human he is I pray this letter touches your heart and I pray that god will do what's right with him I just wanted to give you a little bit of context on who he is besides being an amazing friend, son and just an all around good person he's my only friend and it breaks my heart that he's in this position right now. Your honor if I could trade places with him I would, because I promise he doesn't deserve losing a quarter of his life behind bars if you were to get to know him I'm sure even you would find that he'll soften your heart so please help us get our friend back sooner I'm not the best at writing letters so please forgive me if this was all over the place but as he stands before you I only ask that before you make a decision that would only take a couple minutes and will last him years. please find it in your heart to help us , know that things aren't always as they seem please don't give him the max sentence I promise you he'll change for the better I beg you your honor to please help us in any way that you can. God bless you and whatever you end up doing i know it'll be the right decision thank you for taking the time to read this letter and again god bless your soul.

1

## David Wenc

| | |
|---|---|
| **From:** | Nicolas Caprile <dadecountynico@icloud.com> |
| **Sent:** | Wednesday, October 29, 2025 12:50 AM |
| **To:** | David Wenc |
| **Subject:** | Ricardo Estrada |
| **Categories:** | Criminal Defense |

To your honor Sarala V Nagala
From Nicolas Caprile on behalf of ricardo estrada


I hope this letter reaches your honor well. I'm writing you today to let you know how much of a good friend and impact ricardo had on the people close to him. Only god knows how many times me and ricardo have been there for each other. I've known him for more than 8 years. Ricardo has done nothing but uplift many around him and I've seen my brother working hard contributing to the community, and I know as soon as he gets the chance to that's all he's gonna do just work. Me and ricardo have worked security gigs together. I remember when ricardo worked in a coffee shop/restaurant by wynwood and I would always pass by and get blessed with something to eat. And of course if I didn't have a dollar to my name he would make sure I was good always even while being on the clock, that's just the type of guy he was. I know what was said and done is something serious but I want to say that ricardo is a good person. He has a heart of a lion and he would just about lay down and die for the people he loves. We are all human and we must learn from our mistakes. But one cannot learn if they aren't given a second chance. I hope you read all these letters with an open heart and see that Rick has a lot of family and friends he needs to get back to.


Thank you for your time your honor
Sincerely Nicolas Caprile

1

**Antonese Ferguson**
9153 SW 227th Street, Cutler Bay
Miami Fl 33190
10/26/2025

**Honorable Sarala V.**

**Dear Judge, Nagala,**

My name is Antonese Ferguson, and I am writing this letter in support of Ricardo Estrada Fernandez. I have known Ricardo's mother for over a year, and through her, I have come to know Ricardo as well. From the time I've known him, Ricardo has always shown himself to be a hardworking and very respectful young man.

Ricardo consistently treats others with kindness and respect, and it is clear that he was raised with strong values and a good heart. He is someone who takes responsibility seriously and works hard to do the right thing. I understand that he is currently before you for sentencing, and while I do not excuse any mistakes he may have made, I truly believe this situation does not define his character.

I respectfully ask that you consider Ricardo's positive qualities and the potential he has to continue becoming a better person. I believe that, given the opportunity, he will learn from this experience and continue to make positive contributions to his family and community.

Thank you for your time and consideration.

**Sincerely,**
Antonese, Ferguson
305-318-2643