# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**          **CASE NO.: 3:24-CR-00186 (SVN)**

**VS.**

**RICARDO ESTRADA**                   **November 13, 2025**

## NOTICE OF APPEAL

    Notice is hereby given that, the defendant, RICARDO ESTRADA, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the JUDGMENT entered on November 3, 2025 (DOC. #186) as to RICARDO ESTRADA.

    The defendant seeks to proceed in forma pauperis on the basis he was permitted to proceed in forma pauperis in the district court action.[1]

THE DEFENDANT,
RICARDO ESTRADA

/s/ David J. Wenc #ct00089
David J. Wenc
Wenc Law Firm, LLC
184 Dusky Lane
Suffield, CT 06078
Tel.: (860) 371-6633
Email: dwenc@wenclawfirmllc.com

---

[1] Rule 24 (3) *Prior Approval.* "A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization . . . ."

**CERTIFICATION OF SERVICE**

      This is to certify that on November 13, 2025, a copy of the foregoing Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, including the defendant, RICARDO ESTRADA. Parties may access this filing through the Court's CM/ECF System.

      /s/ David J. Wenc #ct00089
David J. Wenc
Wenc Law Firm, LLC
184 Dusky Lane
Suffield, CT 06078
Tel.: (860) 371-6633
Email: dwenc@wenclawfirmllc.com