UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
------------------------------- x
                                :
 UNITED STATES OF AMERICA,      :
               Plaintiff,       :      Docken No.
                                :   3:24-cr-00186 (SVN-6)
            vs.                 :
                                :   October 1, 2024
 RICARDO ESTRADA,               :
               Defendant.       :
                                :
------------------------------- x
```
                                    United States Courthouse
                                    915 Lafayette Boulevard
                                    Bridgeport, Connecticut


ARRAIGNMENT


(Transcription from Electronic Recording)


Held Before:


THE HON. S. DAVE VATTI
United States Magistrate Judge




Transcription Services of
FALZARANO COURT REPORTERS, LLC
4 Somerset Lane
Simsbury, CT  06070
860.651.0258
www.falzaranocourtreporters.com

APPEARANCES:

    <u>For the Plaintiff:</u>

        OFFICE OF THE UNITED STATES ATTORNEY
        1000 Lafayette Boulevard - 10th Floor
        Bridgeport, Connecticut 06604
        203-668-3905
        lauren.clark@usdoj.gov
            BY:  LAUREN CLARK, ESQ.
               Assistant U.S. Attorney

    <u>For the Defendant:</u>

        WENC LAW FIRM, LLC
        184 Dusky Lane
        Suffield, Connecticut 06078
        860-371-6633
        dwenc@wenclawfirmllc.com
            BY:  DAVID J. WENC, ESQ.

(Proceedings commenced at 11:39 a.m.)

COURTROOM DEPUTY:  All rise.  The Honorable United States District for the District of Connecticut is now open after recess.  The Honorable Dave Vatti presiding.

THE COURT:  All right.  Good morning everyone. You can all be seated.  We are here in the matter of United States vs. Ricardo Estrada, Docket Number 3:24-cr-196 assigned to Judge Nagala.  If I can have appearances starting with the Government please.

MS. CLARK:  Good morning, your Honor.  Lauren Clark on behalf of the United States and with me at counsel's table is Lisa McNamara from the Federal Bureau of Investigation.

THE COURT:  All right.  Good morning to both of you.

MR. WENC:  Good morning, your Honor.  I'm Attorney David Wenc, I represent Mr. Estrada who is seated to my right.

THE COURT:  All right.  Good morning, Attorney Wenc.  Good morning, Mr. Estrada.

Mr. Estrada, the reason that we're here is on September 24th, 2024 a federal grand jury returned an indictment against you charging you with violations of

federal criminal law.  Our purpose this morning is to conduct the arraignment and take your not guilty plea.

Before I do that I do need to ask you some questions just to satisfy myself that you are understanding today's proceedings.  So first of all, how old are you?

THE DEFENDANT:  I'm 21.

THE COURT:  And what is your level of education?

THE DEFENDANT:  High School.

THE COURT:  All right.  And in the past 24 hours have you taken any drugs, alcohol or medications that would affect your ability to understand these proceedings?

THE DEFENDANT:  No, sir.

THE COURT:  And are you currently under the care of a medical doctor or mental health professional of any kind for any condition that would make it difficult for you to understand these proceedings?

THE DEFENDANT:  No, sir.

THE COURT:  And Attorney Wenc, prior to the start of today's proceeding did you have the opportunity to speak with Mr. Estrada?

MR. WENC:  Yes, I did.

THE COURT:  And do you have any reason to believe that he is under the influence of any drugs, alcohol or medications?

MR. WENC:  I have no reason to believe that.

THE COURT:  All right.  And do you have any reason to believe he's suffering from any condition that would affect his ability to understand these proceedings?

MR. WENC:  I have no reason to believe that.

THE COURT:  All right.  And Mr. Estrada, have you received a copy of the indictment?

THE DEFENDANT:  Yes, sir.

THE COURT:  Have you had the opportunity to read it?

THE DEFENDANT:  Yes, sir.

THE COURT:  Have you had the opportunity to discuss the nature of the charges with Attorney Wenc?

THE DEFENDANT:  Yes.

THE COURT:  All right.  I'm going to ask the Government to summarize the nature of the charges against you in the indictment and also to explain to you the maximum possible penalties that could be imposed if you were to be convicted of the charges.

Attorney Clark?

MS. CLARK:  Your Honor, Mr. Estrada is charged in Count 1 of the indictment with conspiracy to commit kidnapping in violation of 18 U.S. Code section 371 that carries maximum penalties of a 5-year term of imprisonment, a 3-year term of supervised release, a

$250,000 fine and a $100 special assessment.

He is also charged in Count 2 with carjacking in violation of 18 U.S. Code section 2119(2) and section 2 that carries maximum penalties of a 20-year term of imprisonment, a 3-year term of supervised release, a $250,000 fine and a $100 special assessment.  And he's also charged with kidnapping in Court 3 of the indictment in violation of 18 U.S. Code sections 1201(a)(1) and section 2 that carries maximum penalties of a lifetime term of imprisonment, 3-year term of supervised release, a $250,000 fine and a $100 special assessment, and I do believe there's also a notice of forfeiture at the end of the indictment.

THE COURT:  All right.  Thank you, Attorney Clark.

Mr. Estrada, did you hear the description of the charges against you as well as the maximum potential penalties?

THE DEFENDANT:  Yes, sir.

THE COURT:  All right.  You have the right to have the indictment read out loud to you in open court or you can waive that right.  In light of the fact that you already mentioned that you've already had the opportunity to read it, do you still want it read out loud or do you waive a reading?

THE DEFENDANT:  I'll waive the reading.

THE COURT:  Okay.  We can put Mr. Estrada to plea.

COURTROOM DEPUTY:  In the matter of the United States of America vs. --

THE COURT:  You have to stand for this portion.

COURTROOM DEPUTY:  In the matter of the United States of America vs. Ricardo Estrada, Case Number 3:24-cr-186 assigned to Judge Nagala, as to Count 1 of the indictment charging you with violation of Title 18 United States Code section 371, what is your plea?

THE DEFENDANT:  Not guilty.

COURTROOM DEPUTY:  As to Count 2 of the indictment charging you with violation of Title 18 United States Code sections 2119(2) and 2, what is your plea?

THE DEFENDANT:  Not guilty.

COURTROOM DEPUTY:  As to Count 3 of the indictment charging you with violation of Title 18 United States Code sections 1201(a)(1) and 2, what is your plea?

THE DEFENDANT:  Not guilty.

COURTROOM DEPUTY:  Your Honor, Defendant has pled not guilty to Counts 1, 2 and 3 of the indictment.

THE COURT:  All right.  Those not guilty pleas shall enter, and jury selection is presently scheduled for November 26, 2024 at 9:30 a.m.  That will take place in

the Federal Building in Hartford at 450 Main Street.

I assume that Judge Nagala as soon as all the arraignments are done, which will be today, will schedule a status conference to set any further dates for motions and the like.

Anything else that we need to take up today?

MS. CLARK:  No, your Honor.  Thank you.

THE COURT:  Attorney Wenc, anything?

MR. WENC:  No, nothing further, your Honor.

THE COURT:  All right.  Thanks everyone.  We're in recess.

COURTROOM DEPUTY:  All rise.  The Honorable United States District Court is now in recess.

(Proceedings adjourned at 11:51 p.m.)

CERTIFICATE

I hereby certify that the foregoing 8 pages are a complete and accurate transcription to the best of my ability of the electronic recording of the Arraignment Hearing in re:  UNITED STATES OF AMERICA vs. RICARDO ESTRADA, Criminal No. 3:24-CR-00186 (SVN-6) held before The Hon. S. Dave Vatti, United States Magistrate Judge, at the United States Courthouse in Bridgeport, Connecticut on October 1, 2024.

*Suzanne Benoit*

_____

Suzanne Benoit, Transcriber           Date:  01/11/2026